Allen WRIGHT, Plaintiff–Appellant,

v.

Jason WEBBER; RL Turner; Tim Riley; Ann Hallman; Mary Coleman; Dennis Patterson; Christine Thompson; Gary Lane; Major Parrish; Mrs. Middlebrooks; Debra Maness; Mary McCabe; Lt. Bates; Mrs Whitner; Jerry Alexander; Principal Morrow; Michael Fowler; P. Crider, Defendants–Appellees.

No. 12–7475.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2013.

Decided: Jan. 24, 2013.

Allen Wright, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Poston, Hemphill & Roper, LLC, Greenwood, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen Wright appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. Wright has also filed a motion for appointment of counsel and injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we deny Wright's motion and affirm the district court's judgment. *Wright v. Webber*, No. 1:11–cv–02199–TLW, 2012 WL 3308030 (D.S.C. Aug. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*